UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

        Plaintiff,

  v.                                      NO. CIV. S-02-2389 LKK/DAD

PAYLESS CLEANERS, et al.,

        Defendants.
                                    /

**STATUS (PRETRIAL SCHEDULING) ORDER**

    Pursuant to court order, a Status (pretrial scheduling) Conference was held in Courtroom No. 4 on May 23, 2005. At the hearing, the court ORDERED as follows:

**FURTHER STATUS CONFERENCE**

    A further Status Conference is now SET for May 22, 2006 at 1:30 p.m.

////

////

////

1

1 | The parties are reminded of their obligation to file and serve
2 | status reports not later than ten (10) days preceding the
3 | conference.
4 |     IT IS SO ORDERED.
5 |     DATED: May 24, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT