ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608

(530) 225-8990

STEVEN R. ENOCHIAN, SBN: 61056
ERIC A. OMSTEAD, SBN: 25435

Attorneys for Defendants Rollag,
College Cleaners, and Lobdell Cleaners

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS CLEANERS; COLLEGE CLEANERS; HEIDINGER CLEANERS; NORGE VILLAGE CLEANERS; CAVA, INC., a California Corporation; LOBDELL CLEANERS; CITY OF CHICO; NORVILLE R. WEISS; JANET L. WEISS; PAUL A. TULLIUS; VICTORIA TULLIUS; ROBERT H. HEIDINGER; 5TH AND IVY, a general partnership; RICHARD C. PETERS and RAMONA W. PETERS, individually and as Trustees of the Peters Family Trust; BETTY M. ROLLAG; RANDALL ROLLAG; and TAMI ROLLAG,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. CIV. S-02-2389 LKK/DAD<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER THEREON** |

TO:  ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that defendants Randall Rollag, Betty Rollag, Tami Rollag, College Cleaners and Lobdell Cleaners hereby substitute the following counsel in place and stead of

1

Substitution of Attorneys

1  James M. Underwood of Wilkins, Underwood & Johnson, which is by this Order removed as
2  counsel from the case: Eric Alan Omstead of Enochian & Kenny, a Law Corporation, 2701 Park
3  Marina Drive, P.O. Box 994608, Redding, California 96099-4608; (530) 225-8990; email:
4  eomstead@eklaw.com. All counsel in this matter are requested to direct all communications to the
5  above-referenced address beginning immediately.

6  I CONSENT TO THIS SUBSTITUTION:

7  Dated: 5/8/05                             _____
                                              RANDALL ROLLAG, Individually
8

9  Dated: 5/8/05                             _____
10                                            BETTY M. ROLLAG, Individually

11
12 Dated: 5/8/05                             _____
                                              TAMI ROLLAG, Individually
13

14 Dated: 5/8/05                             _____
15                                            RANDALL ROLLAG, dba COLLEGE CLEANERS

16
17 Dated: 5/8/05                             _____
                                              BETTY M. ROLLAG, dba COLLEGE CLEANERS
18
19 Dated: 5/8/05                             _____
                                              TAMI ROLLAG, dba COLLEGE CLEANERS
20

21 Dated: 5/8/05                             _____
22                                            RANDALL ROLLAG, dba LOBDELL CLEANERS

23
24 Dated: 5/8/05                             _____
                                              BETTY M. ROLLAG, dba LOBDELL CLEANERS
25

26 Dated: 5/8/05                             _____
27                                            TAMI ROLLAG, dba LOBDELL CLEANERS

28

ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608
(530) 225-8990

2

Substitution of Attorneys

1  I CONSENT TO THIS SUBSTITUTION:
2  Dated:                                    WILKINS, UNDERWOOD & JOHNSON
3
4                                            _____
                                             JAMES M. UNDERWOOD
5
6  I ACCEPT THIS SUBSTITUTION:
7  Dated:                                    ENOCHIAN & KENNY
8
9                                            _____
                                             ERIC A. OMSTEAD
10
11
12  IT IS SO ORDERED:
13  Dated: 5/25/05
14
15                                           _____
16                                           JUDGE OF THE UNITED STATES DISTRICT
                                             COURT, EASTERN DISTRICT OF CALIFORNIA
17
18  6485:97377
19
20
21
22
23
24
25
26
27
28

ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994808
REDDING, CA 96099-4808                       3
(530) 225-8990
                      Substitution of Attorneys

RE:   *CDTSC v. Rollag, et al.*
United States District Court, Eastern District of California, Case No: S-02-2389 LKK/DAD

PROOF OF SERVICE

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 2701 Park Marina Drive, Redding, California 96001-2805.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served,

**SUBSTITUTION OF ATTORNEYS**

__XX__     By E-Service:

Francis M. Goldsberry II
GOLDSBERRY, FREEMAN, GUZMAN & DITORA LLP
777 12th Street, Suite 250
Sacramento, CA 95814

Rose B. Fua
United States Department of Justice
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550

Philip C. Hunsucker
Resolution Law Group
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549-3589

David R. Isola, Esq.
ISOLA, BOWERS LLP
701 South Ham Lane, Second Floor
Lodi, CA 95242

Gary Lewis Vinson
Greve, Clifford, Wengel & Paras
2870 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833-2469

Gordon H. Casamajor
959 Marguerite Avenue
Chico, CA 95926

Vartkes Vartabedian
1199 Diablo Avenue, Apt. 154
Chico, CA 95973-7892

Jan Adam Greben
Greben & Associates
1525 State Street, Suite 100
Santa Barbara, CA 93101

Paul D. Shelton
Law Offices of Patrick D. Riddle
1811 Grand Canal Blvd., Suite 2
Stockton, CA 95207-8107

James Underwood
WILKINS, UNDERWOOD & JOHNSON
2727 Churn Creek Road
Redding, CA 96002

ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608
(530) 225-8990

Substitution of Attorneys

2

| | |
|---|---|
| 1  David R. Griffith | Celene M.E. Boggs |
|    STEWART, HUMPHERYS, BURCHETT | STAMMER, MCKNIGHT, BARNUM & |
| 2  & MOLIN | BAILEY |
|    P.O. Box 720 | 2450 W. Shaw Lane, Suite 110 |
| 3  Chico, CA 95927-0720 | Fresno, CA 93711-2766 |

Patrick D. Riddle
Law Offices of Patrick D. Riddle
22180 N. May Road
Acampo, CA 95220

I declare under penalty of perjury that the foregoing is true and correct. Executed May 19, 2005, at Redding, California.

*/s/ Michelle Fletcher*
Michelle Fletcher

ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608
(530) 225-8990

3

Substitution of Attorneys

RE: *CDTSC v. Rollag, et al.*
United States District Court, Eastern District of California, Case No: S-02-2389 LKK/DAD

PROOF OF SERVICE

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 2701 Park Marina Drive, Redding, California 96001-2805.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served,

**SUBSTITUTION OF ATTORNEYS**

__XX__ on the parties in said action, by placing a true copy thereof in a sealed envelope with postage fully prepaid thereon, and placing said envelope in the area designated for outgoing daily mail, addressed as follows:

Paul A. Tullius and Victoria L. Tullius
In Pro Per
2693 Hegan Lane
Chico, CA 95928

I declare under penalty of perjury that the foregoing is true and correct. Executed May 19, 2005, at Redding, California.

Michelle Fletcher

ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608
(530) 225-8990

Substitution of Attorneys

4