1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   CURTIS D. PARVIN  Bar No. 116079
2  RICHARD CRITES  Bar No. 204639
   3 Park Plaza, 17th Floor
3  Irvine, California 92614-8540
   Telephone: (949) 852-8200
4  Facsimile: (949) 852-8282

5  Attorneys for Defendant
   Third Party Defendant MAYTAG CORPORATION, as
6  successor in interest and/or surviving corporation of
   NORGE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYLESS CLEANERS, et al.,<br><br>    Defendants.<br><br>RICHARD C. PETERS and RAMONA W. PETERS, individually and as Trustee of the PETERS FAMILY TRUST,<br><br>    Third Party Plaintiffs,<br><br>    v.<br><br>VICTOR STRAIN; NORGE CORPORATION, MAYTAG CORPORATION, as successor in interest and/or surviving corporation of NORGE CORPORATION; A. DODD CARR, MARVEL L. CARR and DOES 1 through 50, inclusive,<br><br>    Third Party Defendants | CASE NO. CIVS-02-2389 LKK DAD<br>ASSIGNED FOR ALL PURPOSES TO HONORABLE LAWRENCE K. KARLTON COURTROOM 4<br>COMPLAINT FILED:    10/31/02<br>TRIAL DATE:    NONE SET<br><br>**STIPULATION TO STRIKE PRAYERS FOR ATTORNEYS' FEES IN SECOND AMENDED THIRD PARTY COMPLAINT OF RICHARD C. PETERS AND RAMONA W. PETERS, INDIVIDUALLY AND AS TRUSTEE OF THE PETERS FAMILY TRUST AND IN THE ANSWER THERETO BY MAYTAG CORPORATION, AS SUCCESSOR IN INTEREST AND/OR SURVIVING CORPORATION OF NORGE CORPORATION** |

/ / /

/ / /

/ / /

-1-

STIPULATION TO STRIKE REQUESTS FOR ATTORNEYS' FEES; [PROPOSED] ORDER

OC/340850v1

1 | WHEREAS the parties hereto wish to resolve a dispute regarding their respective requests for attorneys' fees without undue consumption of the Court's resources;

IT IS HEREBY AGREED AND STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' requests for attorneys' fees are stricken, without prejudice, from the following pleadings:

    1) The Second Amended Third Party Complaint of the Peters, p. 12, lines 13-14, and p. 16, line 19; and

    2) The Answer to the Peters' Second Amended Third Party Complaint by Maytag Corporation, as successor in interest and/or surviving corporation of Norge Corporation, p. 17, line 8;

IT IS FURTHER AGREED AND STIPULATED by and between the parties hereto, through their respective attorneys of record, that any party to this stipulation may bring a motion to amend their respective pleading to request attorneys' fees in the event that further discovery gives rise to such a prayer.

IT IS FURTHER AGREED AND STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Peters' pending motion to strike Maytag's attorneys' fees, calendared for June 13, 2005, shall be taken off calendar. Should the Court not sign the attached Order by June 30, 2005, the Peters may re-calendar their pending motion to

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

strike Maytag's attorneys' fees.  Maytag would not raise the passage of time as a defense to any such re-calendaring and Maytag would not be prejudiced in opposing said motion.

DATED: May __, 2005	SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /signature on original
    CURTIS D. PARVIN
    RICHARD A. CRITES
    Attorneys for Third Party Defendant MAYTAG CORPORATION, as successor in interest and/or surviving corporation of NORGE CORPORATION

DATED: May __, 2005	GREBEN & ASSOCIATES

By: /signature on original
    JAN A. GREBEN
    JOSEPH B. ADAMS
    Attorneys for Third Party Plaintiffs RICHARD C. PETERS AND RAMONA W. PETERS, individually and as Trustee of the PETERS FAMILY TRUST

## **ORDER**

IT IS SO ORDERED.

Dated: May 27, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge