ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608

(530) 225-8990

JOHN SULLIVAN KENNY, SBN: 39206

Attorneys for Defendants Rollag,
College Cleaners, and Lobdell Cleaners

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAYLESS CLEANERS; COLLEGE CLEANERS; HEIDINGER CLEANERS; NORGE VILLAGE CLEANERS; CAVA, INC., a California Corporation; LOBDELL CLEANERS; CITY OF CHICO; NORVILLE R. WEISS; JANET L. WEISS; PAUL A. TULLIUS; VICTORIA TULLIUS; ROBERT H. HEIDINGER; 5TH AND IVY, a general partnership; RICHARD C. PETERS and RAMONA W. PETERS, individually and as Trustees of the Peters Family Trust; BETTY M. ROLLAG; RANDALL ROLLAG; and TAMI ROLLAG,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED COUNTER-CLAIMS.<br>_____/ | Case No. CIV. S-02-2389 LKK/DAD<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER THEREON** |

TO:  ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

　　PLEASE TAKE NOTICE that defendants Randall Rollag, Betty Rollag, Tami Rollag, College Cleaners and Lobdell Cleaners hereby substitute the following counsel in place and stead of Enochian & Kenny, which is by this Order removed as counsel from the case:  Eric Alan Omstead (California State Bar number 125435) of the Law Office of Eric Omstead, 2701 Park Marina Drive,

1

Substitution of Attorneys

Suite 204, Redding, California 96001, telephone number (530) 247-0585; email address: omsteadlaw@sbcglobal.net. All counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I CONSENT TO THIS SUBSTITUTION:

Dated: 11/21/0-5 \_\_\_\_/s/_____
RANDALL ROLLAG, Individually

Dated: 11/21/05 _____/s/_____
BETTY M. ROLLAG, Individually

Dated: 11/21/05 \_\_\_/s/_____
TAMI ROLLAG, Individually

Dated: 11/21/05 \_\_\_/s/_____
RANDALL ROLLAG, dba COLLEGE CLEANERS

Dated: 11/21/05 _____/s/_____
BETTY M. ROLLAG, dba COLLEGE CLEANERS

Dated: 11/21/05 _____/s/_____
TAMI ROLLAG, dba COLLEGE CLEANERS

Dated: 11/21/05 _____/s/_____
RANDALL ROLLAG, dba LOBDELL CLEANERS

Dated: 11/21/05 \_\_\_\_/s/_____
BETTY M. ROLLAG, dba LOBDELL CLEANERS

Dated: 11/21/05 _____/s/_____
TAMI ROLLAG, dba LOBDELL CLEANERS

ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608
(530) 225-8990

2

Substitution of Attorneys

I CONSENT TO THIS SUBSTITUTION:

Dated: 11/23/05                    ENOCHIAN & KENNY


                                   ____/s/_____
                                   JOHN SULLIVAN KENNY


I ACCEPT THIS SUBSTITUTION:

Dated: 11/23/05                    LAW OFFICE OF ERIC OMSTEAD


                                   ____/s/_____
                                   ERIC A. OMSTEAD


**IT IS SO ORDERED:**

Dated:  December 5, 2005


                                   /s/Lawrence K. Karlton
                                   Lawrence K. Karlton
                                   Senior Judge

6485:97577

ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608
(530) 225-8990

3

Substitution of Attorneys

RE: *CDTSC v. Rollag, et al.*
United States District Court, Eastern District of California, Case No: S-02-2389 LKK/DAD

PROOF OF SERVICE

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 2701 Park Marina Drive, Redding, California 96001-2805.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served,

**SUBSTITUTION OF ATTORNEYS AND ORDER THEREON**

__XX__ on the parties in said action, by placing a true copy thereof in a sealed envelope with postage fully prepaid thereon, and placing said envelope in the area designated for outgoing daily mail, addressed as follows:

| | |
|---|---|
| Paul D. Shelton<br>Law Offices of Patrick D. Riddle<br>7574 Shoreline Drive<br>Stockton, CA 95219 | Rose B. Fua<br>United States Department of Justice<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-0550 |
| Philip C. Hunsucker<br>Resolution Law Group<br>3717 Mt. Diablo Blvd., Suite 200<br>Lafayette, CA 94549-3589 | Nicholas Allen Jacobs<br>Somach, Simmons & Dunn<br>Hall of Justice Building<br>813 Sixth Street, Third Floor<br>Sacramento, CA 95814-2403 |
| Gary Lewis Vinson<br>Greve, Clifford, Wengel & Paras<br>2870 Gateway Oaks Drive, Suite 210<br>Sacramento, CA 95833-2469 | Jan Adam Greben<br>Greben & Associates<br>1525 State Street, Suite 100<br>Santa Barbara, CA 93101 |

I declare under penalty of perjury that the foregoing is true and correct. Executed October 11, 2005, at Redding, California.

_____
Bonnie E. Biddle

ENOCHIAN & KENNY
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608
(530) 225-8990

4

Substitution of Attorneys