1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA DEPARTMENT OF TOXIC
    SUBSTANCES CONTROL,
12
                    Plaintiff,
13
        v.                              NO. CIV. S-02-2389 LKK/DAD
14
    PAYLESS CLEANERS; COLLEGE
15  CLEANERS; HEIDINGER CLEANERS;
    NORGE VILLAGE CLEANERS; CAVA,
16  INC., a California corporation;
    LOBDELL CLEANERS; CITY OF CHICO;
17  NORVILLE R. WEISS; JANET L. WEISS;
    PAUL A. TULLIUS; VICTORIA TULLIUS;
18  ROBERT H. HEIDINGER; INEZ N.                    O R D E R
    HEIDINGER; 5TH AND IVY, a general
19  partnership; RICHARD C. PETERS and
    RAMONA W. PETERS, individually and
20  as Trustees of the Peters Family
    Trust; BETTY M. ROLLAG; RANDALL
21  ROLLAG; and TAMI ROLLAG,

22                    Defendants.
    _____/
23
    AND RELATED COUNTER-CLAIMS.
24  _____/

25       The court is in receipt of defendants' suggestion of death on

26  the record filed pursuant to Fed. R. Civ P. 25(a)(1).  Robert H.

                                    1

1  Heidinger is hereby SUBSTITUTED in the place and stead of defendant

2  Inez Heidinger.

3      IT IS SO ORDERED.

4      DATED:  August 4, 2006

5      _____
       LAWRENCE K. KARLTON

6      SENIOR JUDGE
       UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26