Celene M.E. Boggs, #172577
STAMMER, McKNIGHT, BARNUM & BAILEY LLP
2540 West Shaw Lane, Suite 110 (97311-2765)
Post Office Box 9789
Fresno, CA 93794-9789
(559) 449-0571

Attorneys for: Third-Party Defendant,
MARTIN FRANCHISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, INC., a California corporation, LOBDELL CLEANERS, CITY OF CHICO, NORCILLE R. WEISS, JANET L. WEISS, PAUL A TULLIUS, VICTORIA L. TULLIUS, ROBERT H. HEIDINGER, INEZ N. HEIDINGER, 5th AND IVY, a general partnership, RICHARD C. PETERS AND RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, and TAMI ROLLAG,<br><br>    Defendants. | CASE NO: CIV. S-02-2389 LKK DAD<br><br>**STIPULATION OF DISMISSAL OF THIRD-PARTY ACTION**<br><br>**Complaint Filed:** 10/31/02<br>**Third-Party Complaint Filed:** 02/03/03<br>**Trial Date:** 01/23/08 |
| ROBERT H. HEIDINGER and INEZ N. HEIDINGER<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>MARTIN FRANCHISES, INC.<br><br>    Third-Party Defendant. | |
| And Related Cross-Claims. | |

-1-

DTSC v. PAYLESS CLEANERS, et al., U.S. DISTRICT COURT #CIV. S-02-2389 LKK DAD, 13 - 4659
**STIPULATION OF DISMISSAL OF THIRD-PARTY ACTION**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Defendant and Third-Party Plaintiff ROBERT H. HEIDINER, individually and as |
| 2 | substituted party for INEZ N. HEIDINGER (hereinafter "HEIDINGERS"), and Third-Party |
| 3 | Defendant MARTIN FRANCHISES INC., (hereinafter "MFI") acknowledge that: |

1.) The HEIDINGERS are the only parties who have brought claims against MFI and there are no other parties involved in the Third-Party Action brought by the HEIDINGERS;

2.) MFI and the HEIDINGERS are unaware of any other party who has expressed an interest in bringing or sought to bring a direct claim against MFI in this action;

3.) The HEIDINGERS agree to execute a Settlement Agreement and General Release which will include in the terms that the parties shall bear their own costs, expenses and attorneys' fees arising out of this action.

4.) The HEIDINGERS agree to dismiss MFI with prejudice.

5.) Each party agrees to bear his/her/its own costs.

IT IS HEREBY STIPULATED by and between the HEIDINGERS and MFI that the Third Party Action between them is hereby dismissed with prejudice pursuant to F.R.C.P., Rule 41(a)(1) and (c) and that each party is to bear his/her/its own costs.

DATED: September 6, 2006      STAMMER, McKNIGHT, BARNUM & BAILEY LLP


By:     /s/  Celene M. E. Boggs
        Celene M.E. Boggs, Attorneys for Third-Party
        Defendant MARTIN FRANCHISES, INC.


DATED:  August 30, 2006      ISOLA BOWERS, LLP


By:     /s/  David R. Isola
        David R. Isola, Attorneys for Defendants
        and Third-Party Plaintiffs ROBERT H. HEIDINGER,
        and INEZ N. HEIDINGER.

-2-

DTSC v. PAYLESS CLEANERS , et al. , U.S. DISTRICT COURT  #CIV. S-02-2389 LKK DAD ,     13 - 4659
**STIPULATION OF DISMISSAL OF THIRD-PARTY ACTION**

PDF created with pdfFactory trial version www.pdffactory.com

1     IT IS HEREBY ORDRED that the Third Party Action filed by Defendants and Third-Party Plaintiffs ROBERT H. HEIDINGER and INEZ N. HEIDINGER against Third-Party Defendant MARTIN FRANCHISES, INC. is dismissed with prejudice and each party is to bear his/her/its own costs.

DATED: September 11, 2006.

                                /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

-3-

DTSC v. PAYLESS CLEANERS, et al., U.S. DISTRICT COURT #CIV. S-02-2389 LKK DAD,    13 - 4659
**STIPULATION OF DISMISSAL OF THIRD-PARTY ACTION**

PDF created with pdfFactory trial version www.pdffactory.com