PDF Complete. Click Here & Upgrade. Expanded Features Unlimited Pages.

| | |
|---|---|
| 1 | ENOCHIAN, KENNY & SNOWDEN |
| 2 | A LAW CORPORATION<br>P.O. BOX 994608 |
| 3 | REDDING, CA 96099-4608 |
| 4 | STEVEN R. ENOCHIAN, SBN: 61056 |
| 5 | |
| 6 | Attorneys for Defendants Rollag, dba College Cleaners and Lobdell Cleaners |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | | |
| 12 | CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | Case No.: S-02-2389 LKK/DAD |
| 13 | Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| 14 | | |
| 15 | vs. | |
| 16 | PAYLESS CLEANERS; COLLEGE CLEANERS; HEIDINGER CLEANERS; NORGE VILLAGE CLEANERS; CAVA INC., a California corporation; LOBDELL CLEANERS; CITY OF CHICO; NORVILLE R. WEISS; JANET L. WEISS; PAUL A. TULLIUS; VICTORIA TULLIUS; ROBERT H. HEIDINGER; 5TH AND IVY; a general partnership; RICHARD C. PETERS and RAMONA W. PETERS, individually and as Trustees of the Peters Family Trust; BETTY M. ROLLAG; RANDALL ROLLAG; and TAMI ROLLAG, | |
| 24 | Defendants            / | |
| 25 | AND RELATED COUNTER –CLAIMS      / | |

1

Substitution of Attorneys

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that defendants Rollag dba College Cleaners and Lobdell Cleaners hereby substitute the following counsel in place and stead of Eric A. Omstead:

    Steven R. Enochian
    Enochian, Kenny & Snowden
    A Law Corporation
    2701 Park Marina Drive
    Redding CA 96001
    (530) 225-8990

I consent to this substitution:  ROLLAG dba COLLEGE CLEANERS; LOBDELL CLEANERS

Dated: 06/22/06  /S/ Randall Rollag
    RANDALL ROLLAG

I consent to this substitution:

Dated: 06/15/06  /S/ Eric A. Omstead
    ERIC A. OMSTEAD

I accept this substitution:  ENOCHIAN, KENNY & SNOWDEN

Dated: 06/22/06  By: /S/ Steven R. Enochian
    STEVEN R. ENOCHIAN

**IT IS SO ORDERED.**

Dated: October 5, 2006

    _/s/ Lawrence K. Karlton_
    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | RE:     *DTSC v. Rollag, et al.* |
| 2 |         United States District Court, Eastern District of California, Case No: S-02-2389 LKK/DAD |

PROOF OF SERVICE

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 2701 Park Marina Drive, Redding, California, 96001-2805.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served,

**SUBSTITUTION OF ATTORNEYS**

  XX       **BY MAIL** on the parties in said action, by placing a true copy thereof in a sealed envelope with postage fully prepaid thereon, and placing said envelope in the area designated for outgoing daily mail, addressed as follows:

| | |
|---|---|
| Francis M. Goldsberry II<br>GOLDSBERRY, FREEMAN, GUZMAN & DITORA LLP<br>777 12th Street, Suite 250<br>Sacramento, CA 95814 | Rose B. Fua<br>United States Department of Justice<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-0550 |
| Philip C. Hunsucker<br>Resolution Law Group<br>3717 Mt. Diablo Blvd., Suite 200<br>Lafayette, CA 94549-3589 | David R. Isola, Esq.<br>ISOLA, BOWERS LLP<br>701 South Ham Lane, Second Floor<br>Lodi, CA 95242 |
| Gary Lewis Vinson<br>Greve, Clifford, Wengel & Paras<br>2870 Gateway Oaks Drive, Suite 210<br>Sacramento, CA 95833-2469 | Curtis D. Parvin<br>SEDGEWICK, DETERT, MORAN & ARNOLD<br>3 Park Plaza, 17th Floor<br>Irvine, CA 92614 |
| Vartkes Vartabedian<br>1199 Diablo Avenue, Apt. 154<br>Chico, CA 95973-7892 | Jan Adam Greben<br>Greben & Associates<br>1231 State Street, Suite 200<br>Santa Barbara, CA 93101 |
| Paul D. Shelton<br>Law Offices of Patrick D. Riddle<br>1811 Grand Canal Blvd., Suite 2<br>Stockton, CA 95207-8107 | Paul A. Tullius and Victoria L. Tullius<br>*Pro Se*<br>2693 Hegan Lane<br>Chico, CA 95928 |

Click Here & Upgrade Expanded Features Unlimited Pages  PDF Complete  Documents

| | |
|---|---|
| David R. Griffith | Celene M.E. Boggs |
| STEWART, HUMPHERYS, BURCHETT & MOLIN | STAMMER, MCKNIGHT, BARNUM & BAILEY |
| P.O. Box 720 | 2450 W. Shaw Lane, Suite 110 |
| Chico, CA 95927-0720 | Fresno, CA 93711-2766 |

Patrick D. Riddle
Law Offices of Patrick D. Riddle
22180 N. May Road
Acampo, CA 95220

\_\_\_  **BY FACSIMILE:** I caused the document to be transmitted by facsimile machine in compliance with Rule 2003 of the California Rules of Court to the offices of the addresses at the FAX numbers shown on the service list:

\_\_\_  **BY FEDERAL EXPRESS:** I am readily familiar with my employer's practice for the collection and processing of FedEx packages. Under that practice, packages would be deposited with FedEx that same day, with overnight delivery charges thereon fully prepaid, in the ordinary course of business.

\_\_\_  **BY PERSONALLY DELIVERING** a true copy thereof to the person(s) at the address(es) set forth.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 26, 2006, at Redding, California.

                                          /S/ Michelle Fletcher
                                      Michelle Fletcher