UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL,

    Plaintiff,

  v.  NO. CIV. S-02-2389 LKK/DAD

PAYLESS CLEANERS; COLLEGE
CLEANERS; HEIDINGER CLEANERS;
NORGE VILLAGE CLEANERS; CAVA,
INC., a California corporation;
LOBDELL CLEANERS; CITY OF CHICO;
NORVILLE R. WEISS; JANET L. WEISS;
PAUL A. TULLIUS; VICTORIA TULLIUS;
ROBERT H. HEIDINGER; INEZ N.      O R D E R
HEIDINGER; 5TH AND IVY, a general
partnership; RICHARD C. PETERS and
RAMONA W. PETERS, individually and
as Trustees of the Peters Family
Trust; BETTY M. ROLLAG; RANDALL
ROLLAG; and TAMI ROLLAG,

    Defendants.
                          /
AND RELATED COUNTER-CLAIMS.
                          /

    The court is in receipt of plaintiff's request for a status conference. Pending on the January 16, 2007 law and motion

1

calendar is a motion to amend the answer to the second amended complaint by defendants Janet and Norville R. Weiss. Given that the status conference involves these same parties, the court orders as follows:

1. A status conference in the above captioned case is SET on January 16, 2007 at the conclusion of the 10:00 a.m. law and motion calendar.

IT IS SO ORDERED.

DATED: December 15, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT