1

**GREBEN & ASSOCIATES**
1231 STATE STREET, SUITE 200
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

2

3

4  Jan A. Greben, State Bar No. 103464    jan@grebenlaw.com
   Joseph B. Adams, State Bar No. 194964   joe@grebenlaw.com

5

6  Attorney for Defendants RICHARD C. PETERS and
   RAMONA W. PETERS, individually and as Trustee
   of the PETERS FAMILY TRUST

7

8                  UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10

11  CALIFORNIA DEPARTMENT OF TOXIC          Case No **CIVS-02-2389 LKK DAD**
    SUBSTANCES CONTROL,                            *ASSIGNED TO*
                                            *HON. LAWRENCE K. KARLTON*
12                              Plaintiff,         *COURTROOM 4*
                                            COMPLAINT FILED:        10/31/02
13  PAYLESS CLEANERS, COLLEGE              TRIAL DATE:               1/23/08
    CLEANERS, HEIDINGER CLEANERS,
14  NORGE VILLAGE CLEANERS, CAVA,
    INC., a California corporation, LOBDELL
15  CLEANERS, CITY OF CHICO, NORVILLE      **STIPULATION TO STRIKE PRAYERS**
    R. WEISS, JANET L. WEISS, PAUL         **FOR ATTORNEYS' FEES IN THIRD**
16  HEIDINGER, INEZ N. HEIDINGER, 5TH      **AMENDED THIRD PARTY**
    AND IVY, a General Partnership, RICHARD **COMPLAINT OF THE PETERS, AND IN**
17  C. PETERS and RAMONA W. PETERS,        **THE ANSWERS THERETO BY**
    individually and as trustees of the Peters **MAYTAG CORPORATION AND**
18  Family Trust, BETTY M. ROLLAG,         **FEDDERS CORPORATION;**
    RANDALL ROLLAG, and TAMI ROLLAG,       **ORDER**
19                              Defendants.
    RICHARD C. PETERS and RAMONA W.
20  PETERS, individually and as Trustee of the
    PETERS FAMILY TRUST,
21
            Third Party Plaintiffs,
22                  vs.

23  NORGE division of BORG WARNER
    CORPORATION; FEDDERS
24  CORPORATION; MAYTAG
    CORPORATION; CAVA,
25  INCORPORATED, A California
    Corporation, A/K/A NORGE VILLAGE
26  CLEANERS, and DOES 1 through 50,
    inclusive,
27
            Third-Party Defendants.
28

STIPULATION TO STRIKE REQUESTS FOR ATTORNEYS' FEES; [PROPOSED] ORDER

## **STIPULATION**

WHEREAS the parties hereto wish to resolve a dispute regarding their respective requests for attorneys' fees without undue consumption of the Court's resources:

IT IS HEREBY AGREED AND STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' requests for attorneys' fees are stricken, without prejudice, from the following pleadings:

1) The Third Amended Third Party Complaint of the Peters, [page 16, line 16]; and,

2) The Answer to the Peters' Third Amended Third Party Complaint by Maytag Corporation, [page 11, line 27- pg. 12, line 1]; and,

3) The Answer to the Peters' Third Amended Third Party Complaint by Fedders Corporation, [pg. 11, line 27 - pg. 12, line 1].

////
////
////
////
////
////
////
////
////
////
////
////
////
////
////
////

STIPULATION TO STRIKE REQUESTS FOR ATTORNEYS' FEES; [PROPOSED] ORDER

IT IS FURTHER AGREED AND STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Peters' time for filing their proposed motion to strike Maytag's prayer for attorneys fees be stayed, pending signature by the Court of the attached order. Should the Court not sign the attached Order by January 31, 2007, The Peters may file their motion, thereafter despite the passage of time.

**IT IS SO STIPULATED.**

Dated:     December 12 , 2006        GREBEN & ASSOCIATES

/s/

JOSEPH B. ADAMS
Attorneys for The Peters


Dated:     December 12 , 2006        SEDGWICK, DETERT, MORAN & ARNOLD

/s/

RICHARD CRITES
Attorneys for Maytag Corporation


Dated:     December 12 , 2006        SEDGWICK, DETERT, MORAN & ARNOLD

/s/

RICHARD CRITES
Attorneys for Fedders Corporation


**ORDER**


**IT IS SO ORDERED.**

DATED: December 18, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO STRIKE REQUESTS FOR ATTORNEYS' FEES; [PROPOSED] ORDER