IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAYLESS CLEANERS; COLLEGE CLEANERS; HEIDINGER CLEANERS; NORGE VILLAGE CLEANERS; CAVA, INC., a California corporation; LOBDELL CLEANERS; CITY OF CHICO; NORVILLE R. WEISS; JANET L. WEISS; PAUL A. TULLIUS; VICTORIA TULLIUS; ROBERT H. HEIDINGER; INEZ M. HEIDINGER; 5TH AND IVY, a general partnership; RICHARD C. PETERS and RAMONA W. PETERS, individually and as Trustees of the Peters Family Trust; BETTY M. ROLLAG; RANDALL ROLLAG; and TAMI ROLLAG,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED COUNTER-CLAIMS.<br>_____/ | No.　CIV.S-02-2389 LKK DAD<br><br><br><br><u>ORDER</u> |

　　　　This matter came before the court on December 29, 2006 for hearing on a motion to compel discovery responses from third party

1

defendant Fedders Corporation brought by defendants and third party plaintiffs the Peters. Joseph B. Adams of Greben & Associates appeared on behalf of the Peters. Curtis Parvin of Sedgwick, Detert, Moran & Arnold appeared for the Fedders Corporation.

Having considered all written materials submitted with respect to the motion, and as fully explained on the record during the hearing, the court HEREBY ORDERS that the Peters' motion is granted in part and denied in part. Fedders shall deliver their supplemental discovery responses and additional discovery materials discussed at the hearing to counsel for the Peters no later than January 12, 2007.

IT IS SO ORDERED.

DATED: December 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

orders.civil\californiatoxicsubstances.oah.122906