UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL,

    Plaintiff,

  v.                              NO. CIV. S-02-2389 LKK/DAD

PAYLESS CLEANERS; COLLEGE
CLEANERS; HEIDINGER CLEANERS;
NORGE VILLAGE CLEANERS; CAVA,
INC., a California corporation;
LOBDELL CLEANERS; CITY OF CHICO;
NORVILLE R. WEISS; JANET L. WEISS;
PAUL A. TULLIUS; VICTORIA TULLIUS;
ROBERT H. HEIDINGER; INEZ N.         O R D E R
HEIDINGER; 5TH AND IVY, a general
partnership; RICHARD C. PETERS and
RAMONA W. PETERS, individually and
as Trustees of the Peters Family
Trust; BETTY M. ROLLAG; RANDALL
ROLLAG; and TAMI ROLLAG,

    Defendants.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

    A status conference was held in the above captioned case on January 16, 2007. The parties requested that the case be

1

stayed.  Good cause appearing, the court orders as follows:

1. The case is hereby STAYED for three months. All previously set dates are hereby VACATED. The only exception of the stay shall be the previously scheduled depositions of the three witnesses whom were identified to the court at the status conference.

2. The pending motion to dismiss filed by Non-Party Burns International Services Corporation, as well as the pending motion for summary judgment, filed by Maytag Corporation and Fedders Corporation, are also hereby STAYED.

3. A status conference is SET for April 23, 2007 at 1:30 p.m. The parties shall submit status reports prior to the status conference.

IT IS SO ORDERED.

DATED: January 17, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT