IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

        Plaintiff,

    v.

PAYLESS CLEANERS; COLLEGE
CLEANERS; HEIDINGER CLEANERS;
NORGE VILLAGE CLEANERS; CAVA,
INC., a California corporation;
LOBDELL CLEANERS; CITY OF CHICO;
NORVILLE R. WEISS; JANET L. WEISS;
PAUL A. TULLIUS; VICTORIA TULLIUS;
ROBERT H. HEIDINGER; INEZ M.
HEIDINGER; 5TH AND IVY, a general
partnership; RICHARD C. PETERS and
RAMONA W. PETERS, individually and
as Trustees of the Peters Family
Trust; BETTY M. ROLLAG; RANDALL
ROLLAG; and TAMI ROLLAG,

        Defendants.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

No. CIV.S-02-2389 LKK DAD

ORDER

        On February 22, 2007 a minute order was issued setting the above-entitled action for a settlement conference before the undersigned on March 5, 2007. On February 26, 2007 counsel on

1

1  behalf of Burns International Services Corporation (Burns), Susan St. Denis of Chadbourne and Park
2  LLP, submitted a letter seeking to be relieved from attending that settlement conference on the ground
3  that Burns is a non-party to this action with merely a pending motion to dismiss the third party
4  complaint against it brought by Richard and Ramona Peters.  The court informally notified attorney St.
5  Denis that her appearance at the March 5, 2007 settlement conference would not be required under the
6  circumstances represented in her letter.

On February 27, 2007, after the court had excused counsel for Burns from attending the March 5, 2007 conference, counsel for plaintiff wrote to the court requesting that counsel for Burns be required to appear at the settlement conference, setting forth various reasons why the participation of Burns in the settlement process would lead to more efficient discussions regarding the possible settlement of this complex action with respect to the Norge Cleaners site.  The initial settlement conference involving the court and all other counsel went forward on March 5 without the participation of counsel on behalf of Burns.  At that time all counsel involved in this aspect of the action agreed that the presence of Burns at future conferences would be helpful to the court in fully exploring settlement of the matter and the court now concurs.

Accordingly, IT IS HEREBY ORDERED that counsel on behalf of Burns attend the individual settlement conference along with counsel for plaintiff, the Peters, Maytag Corporation and Fedders Corporation set for March 26, 2007 at 10:00 a.m.

DATED: March 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

orders.civil\californiatoxicsubstances.oah.122906