UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL,

    Plaintiff,

  v.                                    NO. CIV. S-02-2389 LKK/DAD

PAYLESS CLEANERS; COLLEGE
CLEANERS; HEIDINGER CLEANERS;
NORGE VILLAGE CLEANERS; CAVA,
INC., a California corporation;
LOBDELL CLEANERS; CITY OF CHICO;
NORVILLE R. WEISS; JANET L. WEISS;
PAUL A. TULLIUS; VICTORIA TULLIUS;
ROBERT H. HEIDINGER; INEZ N.           O R D E R
HEIDINGER; 5TH AND IVY, a general
partnership; RICHARD C. PETERS and
RAMONA W. PETERS, individually and
as Trustees of the Peters Family
Trust; BETTY M. ROLLAG; RANDALL
ROLLAG; and TAMI ROLLAG,

    Defendants.
_____/

AND RELATED COUNTER-CLAIMS.
_____/

    A status conference was held in the above captioned case on April 23, 2007. Certain parties represented to the court that

1

they are close to reaching a settlement agreement. Several parties requested the case be stayed and three parties objected to a stay. In an effort to encourage settlement, the court will stay the case for six weeks. At the next status conference, the parties who have not settled should be prepared to set dates for the close of discovery, pre-trial and trial. Accordingly, the court orders as follows:

1. The stay heretofore ordered is continued.
2. A status conference is hereby SET for June 11, 2007 at 1:30 p.m. in Courtroom 4.

IT IS SO ORDERED.

DATED: April 24, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT