UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL,

    Plaintiff,

  v.                                      NO. CIV. S-02-2389 LKK/DAD

PAYLESS CLEANERS; COLLEGE
CLEANERS; HEIDINGER CLEANERS;
NORGE VILLAGE CLEANERS; CAVA,
INC., a California corporation;
LOBDELL CLEANERS; CITY OF CHICO;
NORVILLE R. WEISS; JANET L. WEISS;
PAUL A. TULLIUS; VICTORIA TULLIUS;
ROBERT H. HEIDINGER; INEZ N.         O R D E R
HEIDINGER; 5TH AND IVY, a general
partnership; RICHARD C. PETERS and
RAMONA W. PETERS, individually and
as Trustees of the Peters Family
Trust; BETTY M. ROLLAG; RANDALL
ROLLAG; and TAMI ROLLAG,

    Defendants.
                                    /

AND RELATED COUNTER-CLAIMS.
                                    /

    On June 11, 2007 a status conference was held in the above captioned case. On June 12, 2007, the court received a letter

1

from counsel for Burns International Services Corporation, allegedly improperly served as Borg Warner Corporation. The letter informed the court that on January 5, 2007, Burns had filed a motion to dismiss based on improper service and that the motion had been stayed by order of the court. Burns requests that the motion to dismiss be re-calendared for hearing. For the reasons discussed at the conference, the court orders as follows:

1. The current stay is hereby extended until August 13, 2007. Thereafter, the parties shall comply with the following deadlines:

   - Expert Designation:       October 17, 2007
   - Discovery Completion:     December 17, 2007
   - Law and Motion Cut-off:   February 15, 2008
   - Pretrial Conference:      April 21, 2008 at 2:00 p.m.
   - Trial:                    July 22, 2008 at 10:30 a.m.

2. The stay shall not apply to the pending motion for partial summary adjudication filed by third party defendants Maytag Corporation and Fedders Corporation against third party plaintiffs Richard C. Peters and Ramona M. Peters. The stay shall also not apply to the motion to dismiss filed by Burns. The court sets the following dates with respect to these two motions:

   - Opposition Briefs due:    July 6, 2007

1 • Reply Briefs, if any, due: July 20, 2007 [1]

2 • Hearing on Motions: August 3, 2007 at 1:30 p.m. [2]

IT IS SO ORDERED.

DATED: June 18, 2007.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

---

[1] At the status conference, the court initially set the deadline for the reply brief on July 21, 2007, which is a Saturday. Accordingly, the reply shall be due a day earlier on July 20, 2007.

[2] At the status conference, the court initially set the hearing for July 30, 3007. The court is unavailable for oral argument on July 30, 2007. Accordingly, the hearing is set for August 3, 2007.

3