UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL,

        Plaintiff,

  v.                                          NO. CIV. S-02-2389 LKK/DAD

PAYLESS CLEANERS; COLLEGE
CLEANERS; HEIDINGER CLEANERS;
NORGE VILLAGE CLEANERS; CAVA,
INC., a California corporation;
LOBDELL CLEANERS; CITY OF CHICO;
NORVILLE R. WEISS; JANET L. WEISS;
PAUL A. TULLIUS; VICTORIA TULLIUS;
ROBERT H. HEIDINGER; INEZ N.              O R D E R
HEIDINGER; 5TH AND IVY, a general
partnership; RICHARD C. PETERS and
RAMONA W. PETERS, individually and
as Trustees of the Peters Family
Trust; BETTY M. ROLLAG; RANDALL
ROLLAG; and TAMI ROLLAG,

        Defendants.
                                    /
AND RELATED COUNTER-CLAIMS.
                                    /

       The court previously continued the hearing on a pending motion
for summary judgment in order to provide time for supplemental

1

briefing.  The court is now in receipt of the parties' request to continue the hearing due to a pre-existing scheduling conflict, or, alternately, to keep the matter on the court's August 13th calendar but hear the matter first.  The court adopts the latter option and will place the hearing on the motion for summary judgment at the start of the court's calendar.

IT IS SO ORDERED.

DATED:  August 3, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT