**GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant RICHARD C. PETERS
and RAMONA W. PETERS, individually and as Trustee
of the PETERS FAMILY TRUST.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, INC., a California corporation, LOBDELL CLEANERS, CITY OF CHICO, NORVILLE R. WEISS, JANET L. WEISS, PAUL HEIDINGER, INEZ N. HEIDINGER, 5TH AND IVY, a General Partnership, 427 IVY, a Limited Partnership, RICHARD C. PETERS and RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, and TAMI ROLLAG,<br><br>Defendants<br><br>RICHARD AND RAMONA PETERS, Individually and as co-trustees of the Peters Family Trust,<br><br>Third Party Plaintiffs<br><br>vs.<br><br>NORGE DIVISION OF BORG-WARNER CORPORATION, ET. AL.<br><br>Third Party Defendants. | Case No. CIVS-02-2389 LKK DAD<br><br>*ASSIGNED TO*<br>*HON. LAWRENCE K. KARLTON*<br>*COURTROOM 4*<br>COMPLAINT FILED:    10/31/02<br>TRIAL DATE:    07/22/08<br><br>**STIPULATION AND ORDER EXTENDING DATES** |

1
STIPULATION AND ORDER EXTENDING DATES

1  IT IS HEREBY STIPULATED by and between all counsel that the following current dates be
2  extended as follows:
3      1.      The date to disclose expert witnesses and produce expert reports in this case be
4             extended to December 17, 2007. The current date for disclosure is October 17,
5             2007.
6      2.      The date to complete discovery in this case be extended to February 18, 2008.
7             The current date for completion is December 17, 2007.
8      3.      The date for Law & Motion cutoff in this case be extended to April 15, 2008. The
9             current cutoff date is February 15, 2008.
10     4.      The date for the Pretrial Conference in this case be extended to June 16, 2008 at
11            2:00 p.m. The current pretrial conference date is April 21, 2008 at 2:00 p.m.
12     5.      The date for Trial in this case be extended to September 23, 2008 at 10:30 a.m.
13            The current trial date is July 22, 2008 10:30 a.m.
14  Alternatively, should the Court not wish to extend all deadlines, the parties respectfully
15  request that the expert disclosure/expert report disclosure date be extended to November 16,
16  2007.
17  The parties reach this stipulation because some of the remaining parties have reached
18  settlements in principle that are currently being documented. The parties request a modification
19  to the schedule so that the settling defendants are not burdened with participating in discovery
20  and expert disclosures prior to the time the Court can consider the motion to approve the
21  settlements

Dated: 9/21/07                              GREBEN & ASSOCIATES

/s/ Jan A. Greben

JAN A. GREBEN
JENNA L. MOTOLA
Attorneys for Defendant RICHARD C. PETERS and
RAMONA W. PETERS, individually and as Trustees of
the PETERS FAMILY TRUST.

| | | |
|---|---|---|
| Dated: | | SEDGWICK, DETERT, MORAN & ARNOLD, LLP |

_____

RICHARD A. CRITES
Attorney for Third Party Defendant FEDDERS CORPORATION.

Dated: 9/20/07    GOLDSBERRY, FREEMAN & GUZMAN, LLP

/s/ Francis M. Goldsberry, II
_____

FRANCIS MALCOLM GOLDSBERRY, II.
Attorney for Defendant CITY OF CHICO.

Dated: 9/19/07    FARELLA BRAUN & MARTEL LLP

/s/ Mathew J. Swain
_____

JAMES H. COLOPY
MATHEW J. SWAIN
Attorney for Defendant 5th AND IVY, A General Partnership, and Defendant 427 IVY, a Limited Partnership.

Dated: 9/20/07    JERRY BROWN
Attorney General of California
THEODORA BERGER
Senior Assistant Attorney General

/s/ Timothy Sullivan
_____

TIMOTHY SULLIVAN, Deputy Attorney General
Attorney for Plaintiffs CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL.

| | | |
|---|---|---|
| 1 | Dated: 9/19/07 | HOLLAND & KNIGHT |
| 2 | | |
| 3 | | /s/ Christopher W. Angius |
| 4 | | CHRISTOPHER W. ANGIUS |
| | | Attorney for Third Party Defendant MAYTAG |
| 5 | | CORPORATION. |

**IT IS SO ORDERED**

Dated: September 25, 2007.

```
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```