1 | **GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
2 | SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
3 | FACSIMILE: (805) 963-9098

4 | Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
5 | Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com
6 |
Attorneys for Defendant RICHARD C. PETERS
7 | and RAMONA W. PETERS, individually and as Trustee
of the PETERS FAMILY TRUST.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, INC., a California corporation, LOBDELL CLEANERS, CITY OF CHICO, NORVILLE R. WEISS, JANET L. WEISS, PAUL HEIDINGER, INEZ N. HEIDINGER, 5TH AND IVY, a General Partnership, RICHARD C. PETERS and RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, and TAMI ROLLAG,<br><br>Defendants | Case No. CIVS-02-2389 LKK DAD<br><br>*ASSIGNED TO*<br>*HON. LAWRENCE K. KARLTON*<br>*COURTROOM 4*<br>COMPLAINT FILED: 10/31/02<br>TRIAL DATE: 07/22/08<br><br><br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |
| RICHARD AND RAMONA PETERS, Individually and as co-trustees of the Peters Family Trust,<br>Third Party Plaintiffs<br>vs.<br>NORGE DIVISION OF BORG-WARNER CORPORATION, et al.<br>Third Party Defendants. | |

On September ___, 2007, Richard and Ramona Peters, individually and as co-trustees of the Peters Family Trust, moved this court for the appointment of a guardian ad litem for Richard C. Peters. The court has read the papers submitted, reviewed the authorities cited, and considered the argument of counsel.

It appears to the Court that Richard C. Peters is an incompetent person and as such is incapable of representing himself in this action, and that no guardian or representative has been appointed to act on his behalf .

It further appears that Ramona W. Peters is a person fully competent to understand and protect the rights of Richard C. Peters, and she has no interest adverse to that of Richard C. Peters, is not connected in business with any adverse party or attorney or counsel of any adverse party, and has consented to act as the guardian ad litem for Richard C. Peters in this action.

Therefore,

IT IS ORDERED that:

1. The motion is GRANTED;

2. Ramona W. Peters is appointed guardian ad litem of Richard C. Peters in this action.

DATED: October 2, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
ORDER APPOINTING GUARDIAN AD LITEM