IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

    Plaintiff,

    v.

PAYLESS CLEANERS, et al.,

    Defendants.

                               /

AND RELATED CROSS-CLAIMS.
                               /

No. CIV S-02-2389 LKK DAD

ORDER

        This matter came before the court on November 9, 2007, for hearing of the motion to compel brought by defendants and cross-claimants 5th and Ivy, a general partnership, and 427 Ivy, a limited partnership, against defendants and cross-defendants Betty Rollag, Randall Rollag, and Tami Rollag. James H. Colopy, Esq. and Mathew J. Swain, Esq. appeared telephonically for the moving parties. Jonz Norine, Esq. appeared for the opposing parties. The court considered all written materials submitted in connection with the motion and heard oral argument from the parties.

/////

/////

1

For the reasons stated on the record, IT IS ORDERED that:

1. The amended motion to compel, docketed as # 380, filed by defendants and cross-claimants 5th and Ivy and 427 Ivy (the Partnerships) on October 22, 2007 is granted;

2. Defendants and cross-defendants Betty Rollag, Randall Rollag, and Tami Rollag shall serve written responses, without objection, to the Partnerships' First Request for Production of Documents on or before December 1, 2007; the written responses shall be accompanied by all responsive documents not previously produced; and

3. The Partnerships' request for an award of monetary sanctions is denied.

DATED: November 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/californiatoxicsubstances2389.oah.mtc