UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | |
| Plaintiff, | |
| v. | NO. CIV. S-02-2389 LKK/DAD |
| PAYLESS CLEANERS; COLLEGE CLEANERS; HEIDINGER CLEANERS; NORGE VILLAGE CLEANERS; CAVA, INC., a California corporation; LOBDELL CLEANERS; CITY OF CHICO; NORVILLE R. WEISS; JANET L. WEISS; PAUL A. TULLIUS; VICTORIA TULLIUS; ROBERT H. HEIDINGER; INEZ N. HEIDINGER; 5TH AND IVY, a general partnership; RICHARD C. PETERS and RAMONA W. PETERS, individually and as Trustees of the Peters Family Trust; BETTY M. ROLLAG; RANDALL ROLLAG; and TAMI ROLLAG, | O R D E R |
| Defendants. | |
| _____/ | |
| AND RELATED COUNTER-CLAIMS. | |
| _____/ | |

The court is in receipt of the motion for approval and entry

of consent decree (Doc. No. 391).  No oppositions have been filed.

1

1  Good cause shown, the motion is GRANTED.

2      IT IS SO ORDERED.

3      DATED:  January 4, 2008.

4

5

6                          LAWRENCE K. KARLTON
                           SENIOR JUDGE
7                          UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2