**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant RICHARD C. PETERS
and RAMONA W. PETERS, individually and as Trustee
of the PETERS FAMILY TRUST.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br>Plaintiff,<br>vs.<br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, INC., a California corporation, LOBDELL CLEANERS, CITY OF CHICO, NORVILLE R. WEISS, JANET L. WEISS, PAUL HEIDINGER, INEZ N. HEIDINGER, 5TH AND IVY, a General Partnership, RICHARD C. PETERS and RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, and TAMI ROLLAG,<br>Defendants<br><br>RICHARD AND RAMONA PETERS, Individually and as co-trustees of the Peters Family Trust,<br>Third Party Plaintiffs<br>vs.<br>NORGE DIVISION OF BORG-WARNER CORPORATION, et al.<br>Third Party Defendants. | Case No. CIVS-02-2389 LKK DAD<br><br>*ASSIGNED TO*<br>*HON. LAWRENCE K. KARLTON*<br>*COURTROOM 4*<br>COMPLAINT FILED: 10/31/02<br>TRIAL DATE: 09/23/08<br><br><br>**ORDER GRANTING JOINT REQUEST** |

On March 5, 2008, Richard and Ramona Peters, individually and as co-trustees of the Peters Family Trust ("the Peters"); Plaintiff Department of Toxic Substances Control ("Plaintiff"); the City of Chico ("City") and Maytag Corporation ("Maytag"), submitted a joint request to extend the law and motion cutoff date in this case by one week, from April 15, 2008 to April 22, 2008 or to allow the hearing on Maytag's motion for summary judgment to be scheduled after the law and motion cutoff on April 21, 2008. In the alternative, the parties requested that the Court vacate the current case deadlines set on September 25, 2007 and set a Case Management Conference for April 21, 2008. The Court has read the papers submitted, reviewed the authorities cited, and considered the argument of counsel.

Therefore,

IT IS ORDERED that:

1. The motion is GRANTED;

2. [The Law and Motion cutoff in this case is extended to April 22, 2008.]/[The hearing on Maytag's motion for summary judgment may be scheduled for April 21, 2008 at 10 am.]

DATED: March 6, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT