**GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant RICHARD C. PETERS
and RAMONA W. PETERS, individually and as Trustee
of the PETERS FAMILY TRUST.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br>Plaintiff,<br>vs.<br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, INC., a California corporation, LOBDELL CLEANERS, CITY OF CHICO, NORVILLE R. WEISS, JANET L. WEISS, PAUL HEIDINGER, INEZ N. HEIDINGER, 5TH AND IVY, a General Partnership, RICHARD C. PETERS and RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, and TAMI ROLLAG,<br>Defendants<br><br>RICHARD AND RAMONA PETERS, Individually and as co-trustees of the Peters Family Trust,<br>Third Party Plaintiffs<br>vs.<br>NORGE DIVISION OF BORG-WARNER CORPORATION, et al.<br>Third Party Defendants. | Case No. CIVS-02-2389 LKK DAD<br><br>*ASSIGNED TO*<br>*HON. LAWRENCE K. KARLTON*<br>*COURTROOM 4*<br>COMPLAINT FILED: 10/31/02<br>TRIAL DATE: 09/23/08<br><br>**ORDER GRANTING RICHARD AND RAMONA PETERS' EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL** |

The Court considered the Peters' ex parte motion for an order to file documents under seal.

For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The Peters may file under seal their opposition and supporting documents, including the settlement agreement itself, to Maytag's motion for summary judgment.

Dated: March 28, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT