**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant RICHARD C. PETERS
and RAMONA W. PETERS, individually and as Trustee
of the PETERS FAMILY TRUST.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, INC., a California corporation, LOBDELL CLEANERS, CITY OF CHICO, NORVILLE R. WEISS, JANET L. WEISS, PAUL HEIDINGER, INEZ N. HEIDINGER, 5TH AND IVY, a General Partnership, RICHARD C. PETERS and RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, and TAMI ROLLAG,<br><br>Defendants<br><br>RICHARD AND RAMONA PETERS, Individually and as co-trustees of the Peters Family Trust,<br><br>Third Party Plaintiffs<br><br>vs.<br><br>NORGE DIVISION OF BORG-WARNER CORPORATION, et al.<br><br>Third Party Defendants. | Case No. CIVS-02-2389 LKK DAD<br><br>*ASSIGNED TO*<br>*HON. LAWRENCE K. KARLTON*<br>*COURTROOM 4*<br>COMPLAINT FILED: 10/31/02<br>TRIAL DATE: 09/23/08<br><br>**ORDER GRANTING**<br>**EX PARTE REQUEST TO EXTEND**<br>**HEARING ON MAYTAG'S MOTION**<br>**FOR SUMMARY JUDGMENT** |

1     The Court considered the Peters' ex parte request for an order to extend the hearing date on Maytag's Motion for Summary Judgment.

    For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The hearing date is continued to June 16, 2008 at 10:00 a.m. The Peters' opposition is due June 2, 2008. Maytag's reply brief, if any, is due June 9, 2008. The pretrial conference is continued to August 4, 2008 at 1:30 p.m.

Dated: March 31, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT