1

**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant RICHARD C. PETERS
and RAMONA W. PETERS, individually and as Trustee
of the PETERS FAMILY TRUST.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>                              Plaintiff,<br><br>vs.<br><br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, INC., a California corporation, LOBDELL CLEANERS, CITY OF CHICO, NORVILLE R. WEISS, JANET L. WEISS, PAUL HEIDINGER, INEZ N. HEIDINGER, 5TH AND IVY, a General Partnership, RICHARD C. PETERS and RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, and TAMI ROLLAG,<br><br>                              Defendants | Case No.   CIVS-02-2389 LKK DAD<br><br>*ASSIGNED TO*<br>*HON. LAWRENCE K. KARLTON*<br>*COURTROOM 4*<br><br>COMPLAINT FILED:          10/31/02<br>TRIAL DATE:                    09/23/08 |
| RICHARD AND RAMONA PETERS, Individually and as co-trustees of the Peters Family Trust,<br><br>                              Third Party Plaintiffs<br>vs.<br><br>NORGE DIVISION OF BORG-WARNER CORPORATION, et al.<br><br>                              Third Party Defendants. | **ORDER GRANTING RICHARD C. PETERS AND RAMONA W. PETERS' EX PARTE MOTION TO BE EXCUSED FROM APPEARING AT LOCAL RULE 17-202(b) HEARING ON MAY 19, 2008** |

1

1    The Court considered the Peters' ex parte request to excuse Richard Peters and Ramona

2    Peters' appearance at the Local Rule 17-202(b) hearing on May 19, 2008.

3          For good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

4

5

6    Dated:  April 18, 2008.

7

8                                          LAWRENCE K. KARLTON
                                           SENIOR JUDGE
9                                          UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28