**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com

Attorneys for Defendant RICHARD C. PETERS
and RAMONA W. PETERS, individually and as Trustee
of the PETERS FAMILY TRUST.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br>Plaintiff,<br>vs.<br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, INC., a California corporation, LOBDELL CLEANERS, CITY OF CHICO, NORVILLE R. WEISS, JANET L. WEISS, PAUL HEIDINGER, INEZ N. HEIDINGER, 5TH AND IVY, a General Partnership, RICHARD C. PETERS and RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, and TAMI ROLLAG,<br>Defendants | Case No. CIVS-02-2389 LKK DAD<br><br>*ASSIGNED TO*<br>*HON. LAWRENCE K. KARLTON*<br>*COURTROOM 4*<br>COMPLAINT FILED: 10/31/02<br>TRIAL DATE: 09/23/08<br><br>**ORDER GRANTING RICHARD C. PETERS AND RAMONA W. PETERS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |
| RICHARD AND RAMONA PETERS, Individually and as co-trustees of the Peters Family Trust,<br>Third Party Plaintiffs<br>vs.<br>NORGE DIVISION OF BORG-WARNER CORPORATION, et al.<br>Third Party Defendants. | DATE: MAY 19, 2008<br>TIME: 10:00 A.M.<br>COURTROOM: 4 |

1

[PROPOSED] ORDER GRANTING RICHARD C. PETERS AND RAMONA W. PETERS' MOTION FOR
DETERMINATION OF GOOD FAITH SETTLEMENT

1     IT IS HEREBY ORDERED THAT the motion is granted. The Court finds that the
2 settlement between DTSC and the Peters has been made in good faith pursuant to C.C.P. § 877.6
3 and Local Rule 17-202(b).

5 DATED: May 13, 2008.

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT