**GREBEN & ASSOCIATES**
1332 ANACAPA STREET, SUITE 110
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
Jenna L. Motola, State Bar No. 246738
jenna@grebenlaw.com
Attorneys for Defendants RICHARD C. PETERS
and RAMONA W. PETERS, individually and as Trustee
of the PETERS FAMILY TRUST.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>vs.<br><br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, INC., a California corporation, LOBDELL CLEANERS, CITY OF CHICO, NORVILLE R. WEISS, JANET L. WEISS, PAUL HEIDINGER, INEZ N. HEIDINGER, 5TH AND IVY, a General Partnership, RICHARD C. PETERS and RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, and TAMI ROLLAG,<br><br>Defendants<br><br>RICHARD AND RAMONA PETERS, Individually and as co-trustees of the Peters Family Trust,<br>Third Party Plaintiffs<br>vs.<br><br>NORGE DIVISION OF BORG-WARNER CORPORATION, et al.<br><br>Third Party Defendants. | Case No. CIVS-02-2389 LKK DAD<br><br>*ASSIGNED TO*<br>*HON. LAWRENCE K. KARLTON*<br>*COURTROOM 4*<br>COMPLAINT FILED: 10/31/02<br>TRIAL DATE: 09/23/08<br><br>**ORDER DISMISSING THE PETERS' PENDING CROSS-CLAIMS** |

Pursuant to the stipulation of the parties, Richard C. Peters and Ramona W. Peters, individually and as Trustee of the Peters Family Trust's, pending cross claims against Maytag Corporation and Fedders Corporation are dismissed with prejudice. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated: May 20, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT