UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL,

    Plaintiff,

  v.                                   NO. CIV. S-02-2389 LKK/DAD

PAYLESS CLEANERS; COLLEGE
CLEANERS; HEIDINGER CLEANERS;
NORGE VILLAGE CLEANERS; CAVA,
INC., a California corporation;
LOBDELL CLEANERS; CITY OF CHICO;
NORVILLE R. WEISS; JANET L. WEISS;
PAUL A. TULLIUS; VICTORIA TULLIUS;
ROBERT H. HEIDINGER; INEZ N.          O R D E R
HEIDINGER; 5TH AND IVY, a general
partnership; RICHARD C. PETERS and
RAMONA W. PETERS, individually and
as Trustees of the Peters Family
Trust; BETTY M. ROLLAG; RANDALL
ROLLAG; and TAMI ROLLAG,

    Defendants.
                                  /
AND RELATED COUNTER-CLAIMS.
                                  /

    It appears to the court that this case may be closed. Any
remaining parties who object shall inform the court no later than

1

```
 1  July 25, 2008.
 2       IT IS SO ORDERED.
 3       DATED:  July 22, 2008.
 4
 5                                    _____
                                      LAWRENCE K. KARLTON
 6                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
 7
```