FRANCIS M. GOLDSBERRY II, SBN: 063737
FRANCIS M. GOLDSBERRY III, SBN: 178739
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, California 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

LORI J. BARKER, SBN: 131707
Office of the City Attorney
City of Chico
P. O. Box 3420
Chico, CA 95927
Telephone: (530) 896-7600
Facsimile: (530) 895-4780

Attorneys for Defendant CITY OF CHICO

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PAYLESS CLEANERS, COLLEGE CLEANERS, HEIDINGER CLEANERS, NORGE VILLAGE CLEANERS, CAVA, Inc., a California Corporation, LOBDELL CLEANERS, CITY OF CHICO, NORVILLE R. WEISS, JANET L. WEISS, PAUL A. TULLIUS, VICTORIA L. TULLIUS, ROBERT H. HEIDINGER, INEZ N. HEIDINGER, 5TH AND IVY, a general partnership, 427 IVY, a limited partnership, RICHARD C. PETERS and RAMONA W. PETERS, individually and as trustees of the Peters Family Trust, BETTY M. ROLLAG, RANDALL ROLLAG, TAMI ROLLAG,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER CLAIMS AND THIRD PARTY CLAIMS | NO.: CIV.S-02-2389 LKK DAD<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF CROSS-CLAIMS** |

///

[PROPOSED] ORDER DISMISSING
CROSS-CLAIMS

Pursuant to the stipulation of the parties, the following pending cross claims are dismissed with prejudice. Each party shall bear its own costs and fees.

**CITY OF CHICO:**

The City of Chico has cross claims pending against:

Payless Cleaners

College Cleaners

Norge Village Cleaners

CAVA, Inc.

Lobdell Cleaners

Norville R. Weiss

Janet L. Weiss

Paul A. Tullius

Victoria L. Tullius

Robert H. Heidinger

Inez N. Heidinger

5th and Ivy

Richard C. Peters

Ramona W. Peters

Betty M. Rollag

Randall Rollag

Tami Rollag

**NORVILLE R. WEISS and JANET L. WEISS:**

Norville R. Weiss and Janet L. Weiss have cross claims pending against:

College Cleaners

Norge Village Cleaners

CAVA, Inc.

Lobdell Cleaners

City of Chico

1. 5th and Ivy
2. Richard C. Peters
3. Ramona W. Peters
4. Betty M. Rollag
5. Randall Rollag
6. Tami Rollag

**ROBERT H. HEIDINGER and INEZ N. HEIDINGER:**

Robert H. Heidinger and Inez N. Heidinger have cross claims pending aginast:

- Payless Cleaners
- College Cleaners
- Norge Village Cleaners
- CAVA, Inc.
- Lobdell Cleaners
- City of Chico
- Norville R. Weiss (incorrectly named as "Norcille R. Weiss)
- Janet L. Weiss
- Paul A. Tullius
- Victoria L. Tullius
- 5th and Ivy
- Richard C. Peters
- Ramona W. Peters
- Betty M. Rollag
- Randall Rollag
- Tami Rollag

**COLLEGE CLEANERS, LOBDELL CLEANERS, BETTY M. ROLLAG, RANDALL ROLLAG, AND TAMI ROLLAG:**

College Cleaners, Lobdell Cleaners, Betty M. Rollag, Randall Rollag, and Tami Rollag have cross claims pending against:

| | |
|---|---|
| 1 | Payless Cleaners |
| 2 | Robert H. Heidinger |
| 3 | Inez N. Heidinger |
| 4 | Heidinger Cleaners |
| 5 | Norge Village Cleaners |
| 6 | CAVA, Inc. |
| 7 | City of Chico |
| 8 | Norville R. Weiss (incorrectly named as "Norcille R. Weiss) |
| 9 | Janet L. Weiss |
| 10 | Paul A. Tullius |
| 11 | Victoria L. Tullius |
| 12 | 5th and Ivy |
| 13 | Richard C. Peters |
| 14 | Ramona W. Peters |

### **RICHARD C. PETERS and RAMONA W. PETERS:**

Richard C. Peters and Ramona W. Peters have cross claims pending against:

| | |
|---|---|
| 17 | Payless Cleaners |
| 18 | College Cleaners |
| 19 | Norge Village Cleaners |
| 20 | Heidinger Cleaners |
| 21 | CAVA, Inc. |
| 22 | Lobdell Cleaners |
| 23 | City of Chico |
| 24 | Norville R. Weiss |
| 25 | Janet L. Weiss |
| 26 | Robert H. Heidinger |
| 27 | Inez N. Heidinger |
| 28 | 5th and Ivy |

| | |
|---|---|
| 1 | Betty M. Rollag |
| 2 | Randall Rollag |
| 3 | Tami Rollag |
| 4 | Estate of Victor Strain |

**PAUL A. TULLIUS and VICTORIA L. TULLIUS:**

Paul A. Tullius and Victoria L. Tullius have cross claims pending against:

- Payless Cleaners
- College Cleaners
- Norge Village Cleaners
- Heidinger Cleaners
- CAVA, Inc.
- Lobdell Cleaners
- City of Chico
- Norville R. Weiss
- Janet L. Weiss
- Robert H. Heidinger
- Inez N. Heidinger
- 5th and Ivy
- Betty M. Rollag
- Randall Rollag
- Tami Rollag

**5th and Ivy:**

5th and Ivy has cross claims against:

- Betty M. Rollag
- Randall Rollag
- Tami Rollag

/ / /

/ / /

IT IS SO ORDERED.

DATED: August 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT